UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------

SWISS REINSURANCE AMERICA )
CORPORATION, AS SUCCESSOR )
IN INTEREST TO FIRST EXCESS AND )
REINSURANCE CORPORATION, )
 )
 )   Civ.
        Plaintiff, )
 )
v. )   **Rule 7.1 Statement**
 )
CERTAIN UNDERWRITERS AT )
LLOYDS, LONDON, DOING BUSINESS )
AS SYNDICATE 53, )
 )
        Defendant. )
-----------------------------------------------------------------

**JUDGE KARAS**

07 CV 3174

RECEIVED APR 20 2007 U.S.D.C. S.D. N.Y. CASHIERS

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Swiss Reinsurance America Corporation (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Swiss Reinsurance Company, which trades on the Swiss Stock Exchange under the symbol RUKN.

Dated: April 20, 2007

_____
Signature of Attorney

Attorney Bar Code: BF 9074

489-5064\Rule 7.1