UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK                    07 CV 3174 (KMK)
-----------------------------------------------------------------
SWISS REINSURANCE AMERICA
CORPORATION, AS SUCCESSOR
IN INTEREST TO FIRST EXCESS AND
REINSURANCE CORPORATION,

                                                                     **AFFIDAVIT OF SERVICE**

                            Plaintiff,

       v.

CERTAIN UNDERWRITERS AT
LLOYDS, LONDON, DOING BUSINESS
AS SYNDICATE 53,
                          Defendant.
-----------------------------------------------------------------

STATE OF NEW YORK    )
                            ) ss.:
COUNTY OF NEW YORK )

      **KIM L. POWELL**, being duly sworn, says:

      I am not a party to this action; I am over 18 years of age; and I reside in Manhattan, New York;

      That on the 23rd day of April 2007, I served the within **SUMMONS AND COMPLAINT AND RULE 7.1 STATEMENT** upon:

                Certain Underwriters at Lloyds, London
                Doing business as Syndicate 53
                One Lime Street
                London EC 3M 7HA
                      United Kingdom

by depositing a true copy of same, enclosed in a postpaid addressed wrapper and sent via Federal Express, and by hand delivery upon:

                Certain Underwriters at Lloyd's, London,
                c/o Mendes & Mount, LLP
                750 Seventh Avenue
                New York, New York 10019

A copy of the documents served, stamped "Received" by Mendes & Mount, LLP are attached hereto.

*Kim L. Powell*
**KIM L. POWELL**

Sworn to before me this
24th day of April 2007

*Susan Ryan*
Notary Public

SUSAN RYAN
Notary Public, State of New York
No. 43-4912244
Qualified in Richmond County
Commission Expires November 9, 20 09

# United States District Court

__SOUTHERN__ DISTRICT OF __NEW YORK__

SWISS REINSURANCE AMERICA CORPORATION, As Successor in Interest to FIRST EXCESS AND REINSURANCE CORPORATION,

V.

CERTAIN UNDERWRITERS AT LLOYDS, LONDON, Doing Business As SYNDICATE 53,

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**07 CV 3174**

**JUDGE KARAS**

TO: (Name and address of defendant)

Certain Underwriters at Lloyds, London, doing business as Syndicate 53
c/o Spectrum Syndicate Management
2d Floor, Bankside House
107-112 Leadenhall Street, London, EC3A 4DD, England

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Bruce M. Friedman, Esq.
RUBIN, FIORELLA & FRIEDMAN LLP
292 Madison Avenue, 11th Floor
New York, New York 10017

by Hand
MENDES & MOUNT LLP
RECEIVED
APR 23 2007
Time _____
Signature _____

an answer to the complaint which is herewith served upon you, within ___Twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                               APR 2 0 2007
CLERK                                            DATE

_Marcos Quintero_
(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                    Date                                    Signature of Server

                                         _____
                                         Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.