# CHADBOURNE & PARKE LLP

30 Rockefeller Plaza, New York, NY 10112
tel (212) 408-5100  fax (212) 541-5369

Phoebe A. Wilkinson
direct tel (212) 408-1157
pwilkinson@chadbourne.com

**MEMO ENDORSED**

May 15, 2007

USDC S
DOCUMENT
ELECTRONICALLY F...
DOC #:
DATE FILED: 5/11/07

The Honorable Kenneth M. Karas
United States District Court Judge
United States District Court,
    Southern District of New York
500 Pearl Street, Room 920
New York, New York 10007

Re: Swiss Reinsurance America Corporation, As Successor In Interest to First Excess And Reinsurance Corporation v. Certain Underwriters at Lloyds London, Doing Business as Syndicate 53, 07 Civ. 3174

BY HAND

Dear Judge Karas:

I represent Certain Underwriters at Lloyds London, Doing Business as Syndicate 53 ("Syndicate 53"), defendant in the above-referenced litigation. I write to respectfully request an extension of time, to June 13, 2007, for Syndicate 53 to move, answer or otherwise respond to the complaint filed in this action.

The original date by which Syndicate 53 is to respond to the complaint is May 14, 2007, and this is the first request for an extension.

We have spoken with Bruce M. Friedman, Esq., counsel to the plaintiff, and he has consented to this request.

Thank you for your consideration of this request.

SO ORDERED

/s/ Kenneth M. Karas
KENNETH M. KARAS U.S.D.J.
5/9/07

Respectfully submitted,

/s/ Phoebe A. Wilkinson
Phoebe A. Wilkinson

cc: Bruce M. Friedman, Esq.,
    Counsel for Plaintiff