AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | NEW YORK |

**APPEARANCE**

Case Number: 07 CV 3174

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

CERTAIN UNDERWRITERS AT LLOYDS, LONDON, DOING BUSINESS AS SYNDICATE 53

I certify that I am admitted to practice in this court.

| 6/8/2007 | _[signature]_ |
|---|---|
| Date | Signature |

| PHOEBE A. WILKINSON | PW-3143 |
|---|---|
| Print Name | Bar Number |

CHADBOURNE & PARKE LLP, 30 ROCKEFELLER PLAZA
Address

| NEW YORK | NY | 10112 |
|---|---|---|
| City | State | Zip Code |

| (212) 408-5100 | (212) 541-5369 |
|---|---|
| Phone Number | Fax Number |