**CHADBOURNE & PARKE LLP**

30 Rockefeller Plaza, New York, NY 10112
tel (212) 408-5100   fax (212) 541-5369

Phoebe A. Wilkinson
direct tel (212) 408-1157
pwilkinson@chadbourne.com

**MEMO ENDORSED**

June 7, 2007



BY HAND

The Honorable Kenneth M. Karas
United States District Court Judge
United States District Court,
   Southern District of New York
500 Pearl Street, Room 920
New York, New York 10007

   Re: Swiss Reinsurance America Corporation, As Successor In Interest to First Excess And Reinsurance Corporation v. Certain Underwriters at Lloyds London, Doing Business as Syndicate 53, 07 Civ. 3174

Dear Judge Karas:

   I represent Certain Underwriters at Lloyds London, Doing Business as Syndicate 53 ("Syndicate 53"), defendant in the above-referenced litigation. I write to respectfully request a two week extension of time, to June 27, 2007, for Syndicate 53 to move, answer or otherwise respond to the complaint filed in this action, in order to allow Syndicate 53 to further investigate certain threshold issues.

   The original date by which Syndicate 53 was to respond to the complaint was May 14, 2007. This is the second request for an extension, the Court having previously granted Syndicate 53 an extension to June 13, 2007.

   We have spoken with Bruce M. Friedman, Esq., counsel to the plaintiff, and he has consented to this request.

   Thank you for your consideration of this request.

Respectfully submitted,

Phoebe A. Wilkinson

cc: Bruce M. Friedman, Esq.,
     Counsel for Plaintiff

*Handwritten endorsement:* ~~Syndicate~~ Syndicate 53 Defendant is given until June 27, 2007 to answer or otherwise respond to the complaint. SO ORDERED. KENNETH M. KARAS U.S.D.J. 6/11/07

New York   Washington   Los Angeles   Houston   London (a multinational partnership)   Moscow   Warsaw (a Polish partnership)   Kyiv   Almaty   Beijing