# CHADBOURNE
# & PARKE LLP

Phoebe A. Wilkinson
direct tel (212) 408-1157
pwilkinson@chadbourne.com

30 Rockefeller Plaza, New York, NY 10112
tel (212) 408-5100  fax (212) 541-5369

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/2/07

June 20, 2007

BY HAND

The Honorable Kenneth M. Karas
United States District Court Judge
United States District Court,
    Southern District of New York
500 Pearl Street, Room 920
New York, New York  10007

**MEMO ENDORSED**

Re: Swiss Reinsurance America Corporation, As Successor In Interest to First Excess And Reinsurance Corporation v. Certain Underwriters at Lloyds London, Doing Business as Syndicate 53, 07 Civ. 3174

Dear Judge Karas:

We represent Certain Underwriters at Lloyds London, Doing Business as Syndicate 53 ("Syndicate 53"), defendant in the above-referenced litigation.

On June 19, 2007 we submitted a letter to the Court requesting a pre-motion conference regarding the issue of whether plaintiff had established subject matter jurisdiction for this litigation (a copy is attached). In order to avoid expending time and resources litigating the merits of the case if jurisdiction does not exist, we respectfully request that the Court suspend Syndicate 53's time to move, answer or otherwise respond to the Complaint until two weeks after the Court has resolved the subject matter jurisdiction issue (in the event that the Court determines that subject matter jurisdiction exists).

The original date by which Syndicate 53 was to respond to the complaint was May 14, 2007. This is the third request for an extension (the first two were requested in order to review the jurisdiction issue), the Court having previously granted Syndicate 53 an extension to June 27, 2007.

Bruce M. Friedman, Esq., counsel to the plaintiff, has advised us that the plaintiff consents to this extension.

CHADBOURNE
& PARKE LLP

The Honorable Kenneth M. Karas        -2-                    June 20, 2007

Thank you for your consideration of this request.

Respectfully submitted,

*Phoebe A. Wilkinson*

Phoebe A. Wilkinson

cc: Bruce M. Friedman, Esq.,            (VIA FACSIMILE)

Defendant's time to answer is extended until June 28, 2007.

SO ORDERED:

Kenneth M. Karas
United States District Court Judge   6/26/07