# CHADBOURNE & PARKE LLP

Phoebe A. Wilkinson
direct tel (212) 408-5147
pwilkinson@chadbourne.com

30 Rockefeller Plaza, New York, NY 10112
tel (212) 408-5100  fax (212) 541-5369

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/2/07

# MEMO ENDORSED

June 27, 2007

**BY FACSIMILE**

The Honorable Kenneth M. Karas
United States District Court Judge
United States District Court,
   Southern District of New York
500 Pearl Street, Room 920
New York, New York 10007

    Re: Swiss Reinsurance America Corporation, As Successor In Interest to First Excess And Reinsurance Corporation v. Certain Underwriters at Lloyds London, Doing Business as Syndicate 53, 07 Civ. 3174

Dear Judge Karas:

    We represent Certain Underwriters at Lloyds London, Doing Business as Syndicate 53 ("Syndicate 53"), defendant in the above-referenced litigation.

    On June 19, 2007 we submitted a letter to the Court requesting a pre-motion conference regarding the issue of whether plaintiff had established subject matter jurisdiction with respect to this litigation. Yesterday the Court granted the request and scheduled a pre-motion conference on June 28, 2007 at 4p.m.

    We respectfully request permission for Samantha B. Miller, an attorney from my firm's Washington, D.C. office who has been working with me on this case, to participate in the pre-motion conference by telephone.

Respectfully submitted,

*/s/ Phoebe A. Wilkinson*

Phoebe A. Wilkinson

cc: Bruce M. Friedman, Esq.     (VIA FACSIMILE)
    Gerald Greenberger, Esq.    (VIA FACSIMILE)
    Counsel for Plaintiff

*[Handwritten endorsement:]* Counsel should call the Court promptly at 4pm, and file a notice of appearance.

SO ORDERED

*/s/* KENNETH M. KARAS U.S.D.J.

6/27/07

New York   Washington   Los Angeles   Houston   London (a multinational partnership)   Moscow   Warsaw (a Polish partnership)   Kyiv   Almaty   Beijing