

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Swiss Reinsurance America,

                Plaintiff,

-v-

Certain Underwriters at Lloyds,

                Defendants.

Case No. 07-CV-3174 (KMK)

<u>ORDER</u>

KENNETH M. KARAS, District Judge:

    Defendants' time to answer, move, or otherwise respond to the Complaint is extended until the next conference in this case, which is scheduled for December 7, 2007.

SO ORDERED.

Dated:    August 9, 2007
             New York, New York

                                    KENNETH M. KARAS
                                    UNITED STATES DISTRICT JUDGE