USDS SDNY
DOCUMENT
ELECTRONICALLY [:.
DOC #: _____
DATE FILED: 11/6/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

**Swiss Reinsurance America Corporation**
*as successor in interest to First Excess and
Reinsurance Corporation*

                          *Plaintiffs,*

        -*v*-

**Certain Underwriters at Lloyd's, London**
*Doing business as as Syndicate 53*
                          *Defendants.*

Case No.07 cv 03174(RJS)

ORDER

RICHARD J. SULLIVAN, District Judge:

The above-entitled action has been reassigned to my docket. Accordingly, the parties are

hereby ORDERED to appear for a status conference on **December 7, 2007 at 10:00am** in

Courtroom **21C** of the United States District Court for the Southern District of New York, 500 Pearl

Street, NYC.

IT IS HEREBY ORDERED that, by **5pm on November 27**, the parties shall jointly submit
a letter, not to exceed five (5) pages, providing, in separate paragraphs:

(1)    A brief statement of the nature of the action and the principal defenses thereto;
(2)    A brief description of all outstanding motions and/or outstanding requests to file
       motions;
(3)    A list of all existing deadlines and any upcoming conferences that were previously
       scheduled;
(4)    A brief description of any discovery remaining, specifying that which is necessary
       for the parties to engage in meaningful settlement negotiations;
(5)    A list of all prior settlement discussions, including the date, the parties involved, and
       the approximate duration of such discussions, if any;
(6)    The estimated length of trial;
(7)    Any other information that you believe may assist this Court in resolving this action.
       In addition, the parties are directed to complete the Case Management plan and
Order that can be accessed from my Individual Rules on the SDNY website at
**http://www1.nysd.uscourts.gov/judge_info.php?id=99** and submit it to the Court not later than
**4pm on December 3**.

The status letter and the proposed Case Management plan submitted to the Court pursuant
to this Order should be e-mailed directly to my case manager in chambers, at the following e mail
address- **eileen_levine@nysd.uscourts.gov**. Do not file thru ECF. Please consult my Individual
Rules with respect to communications with chambers and related matters.
SO ORDERED.

DATED:    New York, New York
          Nov. 1, 2007

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE