# RUBIN, FIORELLA & FRIEDMAN LLP

ATTORNEYS AT LAW
292 MADISON AVENUE
NEW YORK, NEW YORK 10017
TELEPHONE: (212) 953-2381
FACSIMILE: (212) 953-2462

WRITER'S DIRECT DIAL: (212) 447-4611
E-MAIL: ggreenberger@rubinfiorella.com

**MEMO ENDORSED**

December 7, 2007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/10/07

**BY TELEFAX** - (212) 805-7946

Chambers of Hon. Richard J. Sullivan, U.S.D.J.
Daniel Patrick Moynihan
  United States Courthouse
500 Pearl Street, Room 615
New York, New York 10007

Attn.: Eileen Levine, Case Manager

    Re:    Swiss Reinsurance America v. Certain Underwriters at Lloyds
            07 Civ. 3174 (RJS)

Dear Judge Sullivan:

    We represent Plaintiff in this action. Pursuant to instructions from Ms. Eileen Levine, I contacted my adversary, Phoebe A. Wilkinson, Esq., with respect to the conference with the Court that is scheduled for 10:15 a.m. on Monday, December 10, 2007. Accordingly, I confirm that counsel for both parties in this action will be present at that conference.

    Very truly yours,

    Gerald A. Greenberger

GAG:oc
cc:    Phoebe A. Wilkinson, Esq.
       Chadbourne & Parke LLP
       *Attorneys for Defendant*
       (By E-Mail)

SO ORDERED
Dated: _____
RICHARD J. SULLIVAN
U.S.D.J.

489-5064\Hon. Richard J. Sullivan Ltr. 3.wpd