⚒AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

Swiss Reinsurance America Corporation,
as successor in interest to First Excess
& Reinsurance Corporation,

v.

Certain Underwriters at Lloyd's, London, doing
business as Syndicate 53.

**APPEARANCE**

Case Number: 07 CV 3174 (RJS)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Certain Underwriters at Lloyd's, London,
Doing business as as Syndicate 53

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 7/10/2008 | *(signature)* |
| Date | Signature |
| | John F. Finnegan — JF-3336 |
| | Print Name — Bar Number |
| | CHADBOURNE & PARKE LLP, 30 Rockefeller Plaza |
| | Address |
| | New York / New York / 10112 |
| | City / State / Zip Code |
| | (212) 408-5180 / (646) 710-5180 |
| | Phone Number / Fax Number |