UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SWISS REINSURANCE AMERICA
CORPORATION,

                Plaintiff,

-v-

CERTAIN UNDERWRITERS AT LLOYD'S,
LONDON,

                Defendant.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/18/08

No. 07 Civ. 3174 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    The Court is in receipt of a joint status letter submitted by both parties and dated July 9, 2008.

    In light of the information contained in that letter, the parties are directed to submit a revised status letter setting forth the status of the arbitration between the parties on or before January 9, 2009.

SO ORDERED.

Dated:      July 16, 2008
                New York, New York

                                              RICHARD J. SULLIVAN
                                              UNITED STATES DISTRICT JUDGE